FILED

01/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0221

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0221

_____

PETER GRIGG,

     Plaintiff and Appellant,

v.

ALISON PAUL, Executive Director, and
MONTANA LEGAL SERVICES
ASSOCIATION,

     Defendant and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Peter Grigg, to all counsel of record, and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 25 2023